This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39470**

**JASPAR JACKSON, Personal Representative of the Estate of Kimberly Jackson, and TASHA NASWOOD, Individually and as Mother and Next Friend of TYREN DUSTIN NASWOOD,**

Plaintiffs-Appellants,

v.

**A-H TIRES, MARIA E. MORALES, And JOHN DOES I-V,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF MCKINLEY COUNTY**
**Robert A. Aragon, District Judge**

Barber & Borg, LLC
Forrest G. Buffington
Albuquerque, NM

for Appellants

A-H Tires
Gallup, NM

Pro Se Appellee

Maria E. Morales
Gamerco, NM

Pro Se Appellee

### MEMORANDUM OPINION

**DUFFY, Judge.**

**{1}** Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED.**

**{2}    IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**JANE B. YOHALEM, Judge**